IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO.: <u>2:21-mj-00019</u> |
| | ) | |
| v. | ) | |
| | ) | **<u>WRIT OF HABEAS CORPUS</u>** |
| ANTHONY BURGE | ) | **<u>AD PROSEQUENDUM</u>** |

It appears that criminal charges have been filed against the defendant in the above entitled case. It further appears that the defendant, ANTHONY BURGE, is presently incarcerated at the Charleston County Detention Center. It is therefore

ORDERED that the Warden, or their authorized representative, deliver ANTHONY BURGE, to the United States Marshals Service or other federal law enforcement officer from time to time as the defendant may be needed until the within action is concluded in its entirety. It is further

ORDERED that the United States Marshals Service or other federal law enforcement officer shall produce the defendant at such time and place as may be designated by the Court for proceedings in this case and upon the conclusion of this case, the said Marshal or other federal law enforcement officer shall return the defendant to his aforesaid place of confinement.

*/s/ Mary Gordon Baker*
_____
UNITED STATES MAGISTRATE JUDGE

Charleston, South Carolina

February __8__, 2021

1

I SO MOVE:

PETER M. MCCOY, JR.
UNITED STATES ATTORNEY


By:   s/Emily Limehouse
      Emily Limehouse (#12300)
      Assistant United States Attorney
      151 Meeting Street
      Charleston, South Carolina 29401
      Telephone: (843) 727-4381
      Email Address: Emily.Limehouse@usdoj.gov